# EXHIBIT B

GLOBAL DEPOSITION SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Civil Action No. 07CV3626

JAMES JIRAK and
ROBERT PEDERSON,
    Plaintiffs

vs

ABBOTT LABORATORIES, INC.,
    Defendant

DEPOSITION OF: ELIZABETH BEELE, taken before M. Virginia Lanou, Notary Public-Stenographer, pursuant to the Massachusetts Rules of Civil Procedure, at the SPRINGFIELD MARRIOTT, Hampshire Room, 2 Boland Way, Springfield, Massachusetts, on August 12, 2009 at 10:00 a.m.

APPEARANCES: See second page

M. Virginia Lanou
Court Reporter



```
 1  APPEARANCES:

 2  JOSEPH & HERZFELD LLP
    757 Third Avenue, 25th floor
 3  New York, New York  10017
    Representing the Plaintiff
 4  BY:  MICHAEL DiCHIARA, ESQUIRE

 5

    JONES DAY
 6  77 West Wacker
    Chicago, Illinois  60601-1692
 7  (312) 782-3939
    Representing the Defendant
 8  BY:  EMMY H. KOH, ESQUIRE

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
```

1  were not conducive to a good working relationship.

2  **Q. Okay. And you mentioned that you felt tight**
3  **control over what you could or could not do. Could you**
4  **describe what you mean by that?**

5  A.  Well, what you could do was exactly what they
6  wanted you to do. And to -- what's the word I'm looking
7  for? To stray, I guess, from that exact message and
8  that wording was not anything that was allowed.

9  **Q. You mentioned this message that you had to**
10 **convey and you mentioned that there are two drugs,**
11 **Onmicef and Tricor, that you were responsible for. Was**
12 **there a message for each of these drugs that you had to**
13 **convey to the doctors?**

14 A.  Yes.

15 **Q. Do you remember what message you had to convey**
16 **for Omnicef?**

17 A.  No.

18 **Q. When you say that you had to convey a certain**
19 **message about the drug, where did you learn this message**
20 **from?**

21 A.  In that training that we talked about.

22 **Q. The initial training that we discussed earlier?**

23 A.  Correct.

1   Q. **Do you remember when you would begin your**
2   **workday when you were a representative at Abbott,**
3   **approximately what time?**
4   A. Probably, I don't know, 7:30, eight o'clock.
5   Q. **What would be the first thing that you would do?**
6   A. I'm not a hundred percent sure exactly what the
7   step-by-step procedure was every day but you did have to
8   turn on the computer and that probably would be the
9   first step.
10  Q. **What would you do on a computer?**
11  A. You would get information from the computer as
12  to your call list and your plan of action for the day.
13  Q. **Would you pull up a call list?**
14  A. I don't recall.
15  Q. **Is a call list something that you developed?**
16  A. Which physicians to call on?
17  Q. **Right.**
18  A. That is something that the company decided who
19  you would call on.
20  Q. **So the company would provide you a call list?**
21  A. Right.
22  Q. **Do you remember when you would receive a call**
23  **list from the company, would it be once a year, once a**

1  Q. Do you know why that was?

2  A. Probably they ran out of samples a lot faster.

3  Q. Any other reasons?

4  A. Let me think. I think that's the reason I can

5  think of.

6  Q. Did certain doctors prescribe Tricor and Omnicef

7  more than others?

8  A. Some wrote more prescriptions. Is that what

9  you're asking?

10 Q. Yes.

11 A. Some doctors wrote more prescriptions for those

12 two drugs than others, yes.

13 Q. Were you provided that information in terms of

14 their prescribing habits?

15 A. Yes.

16 Q. Did you ever use that information to target

17 those doctors in a specific way versus doctors who were

18 not writing as many prescriptions?

19 A. Well, they would be -- the company would have

20 that requirement on the call plan. So we were visiting

21 them, you know, more frequently than other physicians

22 who did not write as many preparations.

23 Q. So you would visit doctors who wrote more

1 ability to negotiate prices for Abbott products?

2     A. No, I did not.

3     Q. Earlier on in your deposition you talked about

4 core message for Omnicef. Do you remember that?

5     A. Yes.

6     Q. Did you have any input into the development of

7 the core messages for Omnicef?

8     A. No, I did not.

9     Q. Do you know who developed those core messages?

10     A. I'm not sure. Marketing team. I'm not sure

11 exactly. I think it would be the marketing department

12 would be my understanding.

13     Q. There was also testimony earlier about core

14 messages for Tricor. Do you recall that?

15     A. Do I recall that I said that?

16     Q. Yes.

17     A. Yes, there was a core message.

18     Q. Did you have any role in the development of the

19 core message for Tricor?

20     A. No, I did not.

21     Q. Again, same question as to Omnicef. Do you know

22 who developed those core messages for Tricor?

23     A. No, I don't know. Home office marketing

```
 1  reflected that territories that were not manned by a
 2  pharmaceutical rep were performing better in territories
 3  in which there were reps?
 4      A.   Yes.
 5      Q.   Earlier on we were talking about the budget that
 6  you had to use for various programs.  Do you recall that
 7  testimony?
 8      A.   Yes.
 9      Q.   Did you have any input as to what your budget
10  should be?
11      A.   Not that I'm aware of, no.
12      Q.   During your career at Abbott did you supervise
13  anybody?
14      A.   No.
15      Q.   Were you involved in developing any company wide
16  policies for Abbott?
17      A.   No.
18      Q.   Did you have any involvement in creating any
19  company wide advertising strategies for Abbott?
20      A.   No.
21      Q.   Did you have any involvement in creating any
22  company wide marketing strategies for Abbott?
23      A.   No.
```

```
 1                MR. DiCHIARA:  That's all.
 2                MS. KOH:  Just one or two more questions.
 3
 4             REDIRECT EXAMINATION BY MS. KOH
 5       Q.   When you were visiting doctors did you have the
 6  ability to decide what promotional piece you wanted to
 7  use for that particular doctor?
 8       A.   You mean if there was more than one promotional
 9  piece for a particular product, could I decide?
10       Q.   Correct.
11       A.   I would say yes.
12       Q.   Do you believe that your visits with doctors had
13  had an influence on increasing market share at all?
14       A.   Biggest influence is formulary and number of
15  variable factors.  But as with any message that's heard
16  more than once, there's probably some kind of impact
17  with maybe some of the doctors, perhaps.
18                MS. KOH:  Okay.  That's all I have.
19                (Witness excused.)
20                (Deposition concluded.)
21                          _____
22                          ELIZABETH BEELE
23
```