# EXHIBIT C

1

```
 1                        oOo

 2         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                   EASTERN DIVISION

 4   JAMES JIRAK and ROBERT PEDERSON,)
     on behalf of themselves and     )
 5   others similarly situated,      )
                                     )
 6                    Plaintiffs,    ) Index No. 07CV3626
                                     )
 7        vs.                        )
                                     )
 8   ABBOTT LABORATORIES, INC.,      )
                                     )
 9                    Defendant.     )
     --------------------------------*
10
                      Tuesday, September 22, 2009
11                    New York, New York
                      Time:  10:37 a.m.
12

13          Videotaped deposition of NICOLE MENE

14   GUERRERA, taken by Defendant, pursuant to notice,

15   held at the offices of Jones Day, 222 East 41st

16   Street, New York, New York, on Tuesday, September

17   22, 2009 at 10:37 a.m. before Josephine H. Fassett,

18   a Registered Professional Reporter and Notary Public

19   of the State of New York.

20

21

22

23

24

25
```

```
 1                          oOo

 2    A P P E A R A N C E S :

 3


 4
      JOSEPH, HERZFELD, HESTER & KIRSCHENBAUM, LLP
 5    Attorneys for Plaintiffs
           757 Third Avenue
 6         25th Floor
           New York, New York  10017
 7    BY:  MICHAEL DiCHIARA, ESQ.

 8


 9    JONES DAY
      For the Defendant
10         222 East 41st Street
           New York, New York  10017-6702
11    BY:  MICHAEL GRAY, ESQ.

12


13


14    A L S O    P R E S E N T :

15
      CHAD ACKERMAN, Videographer
16


17


18


19


20


21


22


23


24


25
```

44

Nicole Mene Guerrera

2  antidepressant differ when you would sell it to
3  hospitals as compared to selling it to private
4  offices?
5      A   Yes.
6      Q   Can you explain to me how?
7      A   Well, hospital sales versus private
8  office sales are very different because when you're
9  in a hospital, you're speaking to pharmacy, you can
10 potentially be speaking to buyers in purchasing,
11 because the hospital needs to purchase the
12 medication to prescribe it to their patients.  In
13 this particular situation the inpatient ward,
14 because it was a very potent antidepressant for very
15 severely depressed people.
16          In the private office setting, you
17 don't really have that sort of control, you're not
18 really discussing price point, no one's really
19 buying anything from you, it's different.  You're
20 just discussing formulary status, clinical
21 advantages, it's more marketing, it's more
22 promotion.
23      Q   When you say formulary status, what
24 does that mean?
25      A   It means a doctor is probably not

```
 1                  Nicole Mene Guerrera
 2    going to write the medication if it's not on a
 3    preferred formulary.  If it's off formulary, the
 4    patient's not going to fill because they're not
 5    going to be able to afford it, so it's just not
 6    realistic.  So it's very important that the
 7    medications that you're trying to promote are
 8    formulary status, they're on managed care, they're
 9    on, you know, Blue Cross-Blue Shield, Oxford,
10    they're on, they're accepted on formularies.
11    Because if they're not, no one's going to be able to
12    go to a drug store and purchase it.
13         Q     And when you say it's more marketing
14    and promotion what do you mean by that?
15         A     Because when you walk into a private
16    office and you're speaking to physicians, you know,
17    you have a few minutes in between seeing patients
18    and you're really discussing the package insert.
19    You're discussing, you know, the absolute, you know,
20    legal, if you will, sort of speak, that the package
21    insert describes the medication, the
22    pharmacokinetics, the pharmacodynamics, what it does
23    for the body, what it does on the body, side
24    effects, dosing, et cetera.  That is really what you
25    do versus talking about what it costs.  So it's
```

```
 1                  Nicole Mene Guerrera
 2        Q     Yeah, in terms of how many visits?
 3        A     No.
 4        Q     Still tried to see 10?
 5        A     Correct.
 6        Q     How did you decide which doctors to
 7   see?
 8        A     Well, Abbott Laboratories gave us a
 9   computer and a call plan of all the doctors we were
10   supposed to see, it wasn't up to me who I saw, it
11   was up to them who I saw.
12        Q     In a given day or over a given week?
13        A     In a given month.  I mean, you got a
14   call plan of doctors period.  And we had a routing
15   system that we would take the doctors, divide them
16   up to four and do a four-week call cycle.  I also
17   had two other partners I worked with.  I called from
18   Jupiter -- I covered from Jupiter to Kendall.  One
19   gentleman did Fort Lauderdale to Kendall and one
20   lady did Jupiter to Fort Lauderdale.  So I did
21   everyone's geography.  I was that third person.
22   Because the whole premise was repeating visiting
23   these doctors over and over and over again, so we
24   had to, the three of us had to sit down and work
25   accordingly on our routing schedules so we wouldn't
```

```
 1                  Nicole Mene Guerrera
 2        A      Anesthesia.
 3        Q      Why?
 4        A      I like selling in the hospital setting
 5   much better than the private office setting.  That's
 6   what I'm doing now actually for Baxter, selling
 7   anesthesia.  I like reviewing cases.  I like
 8   learning about the surgeries.  It's just more suited
 9   for my personality.  I felt like in the
10   pharmaceutical setting, the renal care setting, and
11   also what I did with the antibiotics, it was a very
12   canned selling setting.  They told us what to say,
13   they told us how to say it, you know, these
14   marketing pieces you couldn't, you couldn't stray
15   from it, you couldn't use your own personality.  You
16   know, I felt very, like I was in a box.  Whereas
17   when I sell anesthesia -- now granted I sell several
18   different types of anesthesia, remember, for renal
19   care I sold one product, I can have a conversation
20   with the physician, I can learn from him about
21   different cases and different styles of prescribing
22   habits, it's just more interesting to me, I just
23   enjoy it better.
24        Q      Was there a type of representative in
25   Mr. DeMascoli's area that was a mirror
```

```
 1                  Nicole Mene Guerrera
 2    develop current and future business potential, is
 3    that correct, was that one of the expectations?
 4            MR. DiCHIARA:  Objection.  The
 5        document speaks for itself, but go ahead, you
 6        can answer.
 7        A     What do you mean future business
 8    potential?  Well, as far as, we were not able to
 9    find doctors, the doctors were given to us, that's
10    the only conflict I have with future business
11    potential.  We were to take the doctors in our call
12    plan and hopefully, you know, get them to write a
13    script for Zemplar.  We couldn't meet a nephrologist
14    at, you know, at the mall and add them to our call
15    plan.  This is very outlined and detailed and
16    specific, we would only call on the doctors that
17    were given to us in our computer and our PDA.
18        Q     And the goal once you're assigned a
19    nephrologist is to develop some type of strategy to
20    get that nephrologist to prescribe Zemplar tablets?
21            MR. DiCHIARA:  Objection to the form.
22        Go ahead.
23        A     I wouldn't say strategy but -- I
24    wouldn't use the word strategy, it was calling on
25    endocrinologists as well as nephrologists, building
```

```
 1              Nicole Mene Guerrera
 2   a relationship, learning their prescribing habits,
 3   learning their, their patient population and
 4   promoting and marketing Zemplar tablets to them,
 5   which was an active form of vitamin D, and, you
 6   know, giving them package inserts, some marketing
 7   materials, clinical reprints and/or samples if so
 8   they would like that.
 9       Q    How would you learn their prescribing
10   habits?
11       A    We had printout data, data from some
12   pharmacies, but for the most part they would tell
13   us.  They would just really be very honest and tell
14   us: I write that drug, I don't write that drug.  We
15   had some documentation that was given to us from for
16   Abbott Labs.  Abbott would retain this information
17   from, from pharmacies that would share that
18   information, because pharmacies don't have to.  So
19   we had a little bit of an outline kind of thing, but
20   it was never exact, it was never definite, and a lot
21   of it really came from which, which formulary
22   accepted our products.  Formulary status had, I'd
23   say, 98 percent to do with it.  Most patients who
24   have renal failure or kidney failure are elderly, a
25   lot of them are on Medicaid/Medicare.  I don't
```

1          Nicole Mene Guerrera

2   messages for your meetings with the doctors?

3        A     Core messages.

4        Q     Core messages?

5        A     Uh-hum.

6        Q     And what was a core message?

7        A     A core message was what our drug did

8   and how it could, you know, help the patients

9   suffering from this disease.

10       Q     And how would you utilize that core

11  message in your sales or promotion of the drugs?

12       A     We had marketing pieces with our core

13  message on it, little dosing cards and some clinical

14  reprints, and depending on how the conversation went

15  and what kind of time you got with the doctor,

16  sometimes you get 30 seconds, sometimes you get 10

17  minutes.  You never really knew what kind of time,

18  if any, you would get with the physician, so you

19  kind of had it all prepared.  Am I going to see him

20  for 30 seconds in the hallway as he's running from

21  room to room?  Do I have my samples ready?  You're

22  prepared for all the different, you know, canned

23  scripts that Abbott provided us for whatever time,

24  sort of timeline we would receive with the

25  physician, if any.

1      Nicole Mene Guerrera
2  to high prescribing physicians to maximize volume
3  and market share, do you agree that you did that?
4      A    Yes. I only called on high
5  prescribing physicians versus Terry and Gabriel.
6      Q    Did you help to decide which those --
7  which were the high prescribing physicians or those
8  that would produce greater market share for Abbott
9  Laboratories?
10     A    No. That information was given to us.
11     Q    In the next operational expectations
12 regarding business processes it talked about how you
13 assessed targets, developed strategic and tactical
14 plans, and updated each trimester, did you do that?
15     A    I don't really understand what it
16 means when it say updated each trimester, but.
17     Q    Well, let's go to the first part of
18 it.
19     A    Okay.
20     Q    Did you assess targets and develop
21 strategic and tactical plans?
22     A    Yes.
23     Q    Did you develop routing schedules?
24     A    Yes.
25     Q    Did you develop medical education

```
 1                 Nicole Mene Guerrera
 2        A    Yes, I see that, okay, yes.
 3        Q    Do you know what that means?
 4        A    I didn't implement strategies.
 5        Q    Okay.
 6        A    I went to my key accounts but I didn't
 7   decide what I was going to say, I was, I was told
 8   what to say based on our medication that we sold to
 9   the physician in the disease state but I didn't
10   implement the strategies.
11        Q    Okay.  And during your career as a
12   renal sales specialist during that year, did you
13   supervise anyone?
14        A    No.
15        Q    Did you develop any policies,
16   company-wide policies for Abbott during that year?
17        A    No.
18        Q    Did you develop any company-wide sales
19   strategies for Abbott during that year?
20        A    No.
21        Q    Did you develop any company-wide
22   marketing strategies for Abbott during that year?
23        A    No.
24        Q    Okay.
25             MR. DiCHIARA:  That's all I have.
```