# EXHIBIT H



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

---

JAMES JIRAK AND ROBERT PEDERSEN,

Plaintiffs,

-vs- Civil Action No. 07 cv 3626

ABBOTT LABORATORIES, INC.,

Defendant.

---

Videotaped deposition of BRUCE BROWN, held before Rebecca L. DiBello, Notary Public, at The Hyatt Regency, Buffalo, New York, on Tuesday, September 15th, 2009 at 10:29 AM, pursuant to notice.

APPEARANCES: JOSEPH, HERZFELD,
HESTER & KIRSCHENBAUM, LLP
BY: DENISE A. SCHULMAN, ESQ.,
757 Third Avenue, 25th Floor
New York, New York 10017
(212) 688-5640
Facsimile (212) 688-2548
Attorneys for the Plaintiffs.

JONES DAY
BY: SARA P. LEITENBERGER, ESQ.,
77 West Wacker
Chicago, Illinois 60601
(312) 782-3939
Facsimile (312) 782-8585
Attorneys for the Defendant.



certain managers implemented any sort of changes. For example, as between, and this is just an example, Phelps and Shappi. Did Shappi say you had to visit X number of doctors per day and Phelps said Y; those type of changes.

A. Yes. Phelps was much more structured than Donovan was. So it was -- we can pick on individuals, but there were management styles that varied there's no question. Phelps was very much by the Abbott book, so to speak. Go to the field certain hours, go to see a certain number of doctors each day. Very much stifling creativity and autonomy, was very much by a road script, so to speak.

Q. So it sounds Phelps was pretty stifling and structured. Is that what you said?

A. He was restrictive. He was very concerned that Abbott Laboratories was to be represented the way Abbott Laboratories was to be represented. In other words, you couldn't mention anything outside of a package insert. You're not to mention competitor's products.

You're not to do any one of a number of different things that might make a physician pause and perhaps see something in a different light.

That was not an Abbott way of thinking. That was very much -- as I have said before, you'd show up with your sales piece, you'd promote application for employment only, for example, and that's it, under a certain number of hours, all of which are monitored by Abbott.

It was very much the fellow that would remind about we know when you're in the field, we know when you're not in the field. Based on the computer system they can tell when you're working and when you're not. It was a remarkable change from Donovan. That was just a remarkable change.

Q. And Donovan was also an Abbott manager, is that correct?

A. Yes. He was my manager at Abbott. Where he came from prior to Abbott, I don't recall.

Q. Would you describe him as more flexible?

like hospitals or VA's?

A. In what context?

Q. Sure. Did you have job responsibilities over hospital accounts or VA accounts?

A. No, ma'am. No. We were precluded -- not permitted to do anything out of the scope of primary care.

Q. Okay. In a very broad sense what decisions did you make on a daily basis at Abbott? Walk me through a day.

A. Well, the night before I was probably -- I wasn't probably. I was planning my day, either -- planning the day on paper. There wouldn't be any sort of a software system that would be required for us to use as far as a pre-call planner, so to speak, though pre-call planning was a component of every single call that an Abbott representative would make.

I would have to try to figure out the best possible routing based on who it was Abbott required me to go see, what products in the different hierarchy Abbott required me to promote. I would have to see certain

physicians on a different call frequency based on what Abbott directives would be.

So, taking into account those different variables, you would as a sales rep in addition to that have to make sure not to cross over a counterpart or a particular other Abbott representative, perhaps even from a different division entirely. Not to commingle sales calls in any way or overlap or as the reps in the field would say, get shut out from an office because they would perhaps take one Abbott person a day, so there's a great deal of planning that would go into a given day's activity.

Some days were obviously shorter than others. Some days were longer than others. Some days were easier to plan than others, but that's a 30,000 foot view, so to speak.

Q. After planning your day the night before what other decisions would you make?

A. Regarding?

Q. Sure. Walk me through a typical day, the decisions you would make during that day.

For example, package insert, sales piece, things that were germane to Abbott's policies or protocols. You can further take a look at post call notes and say geez, doctor was very concerned about possible interactions with our antibiotic and over-the-counter medication, so it's very individual as well as very broad.

I wish I could be more specific, but I can't really answer that other than that.

Q. So Abbott had directives about what physical information you could review. Does that make sense?

A. As well as cerebral. I mean, you had FDA approved documents and leave behind information. You were precluded and as I have said, quoting one of my other bosses, get in trouble if you were to leave something that was not an FDA approved leave behind. You weren't allowed to show something to a doctor that was not an FDA and Abbott approved document. It's just not permitted to do it.

Q. Am I understanding it correctly that you weren't permitted to discuss non FDA approved

Q. What are is some of the issues or opportunities that were unique to your particular geography?

A. Unique?

Q. Sure.

A. A confiscatory managed care environment where irrespective of the number of calls I made in the territory, irrespective of the number of teammates I had in the territory, irrespective if somebody was even in a given territory had very little impact on the bottom line of results that Abbott laboratory has experienced.

For example, I can remember going to meetings and you can see up there on the board on back Bruce Brown number one, which very seldom happened. Two, three, you would have vacant number two and three. There wouldn't be anybody in the territory. Vacant would be there like kicking tail. That's not a function of somebody being able to impact the territory positively. That's a function of the managed care position was.

So we can have me agree to line number two, line number three and yes, I answered yes to them, but managed care has a far, far greater impact on these pharmaceutical territories than any individual representative does.

Q. The managed care issue in your territory was greater than in other territories?

A. Greater, yes, in the context of a monopoly. You go to Kansas City, Missouri for example and I would know this because I was in the pharmaceutical business with Abbott for the better part of a decade or have been for 15 years or so. Managed care is different in other places where there is more choice, more freedom of choice, more capitalism taking place.

People have a choice. Their rates for health insurance are lower. They have better access to different physicians and they don't have to simply go to their plan and say geez, I'd like the branded product, but I can't afford it so I'll take the generic, which is

the environment Western New York is in.

Q. And would that impact how you approached your business?

A. Yes. It was discouraging. It was something that fostered a lack of initiative environment within the Abbott team I was involved with because no matter how hard you tried, the number of calls you made, no matter what data you knew or what it was you presented, you had next to no impact on that doctor or that hospital or environment or whatever it maybe. You just -- there was only so much you could do.

It was just a copay. What tier is it on and I have mentioned that before. Some guys would say no, just save the stuff. I know the drug. What is the tier? What is the copay? What is the copay for IHS? What is the copay for the Blues? Does Univera cover it? Those are the three -- Univera is part, pardon the pun, the beaten stepchild, so it's two managed care organizations in Western New York that run everything. They have a monopoly. So, I

hope I answered your question with that, but getting back to what my duties were and how they were impacted by us, by environmental things that was absolutely huge, so I'll say yes I had impact on them, but how you would measure it, how measurable?

I've just seen it happen too many times. People wouldn't even be in territories and the territories would take off.

Q. So yes, you had impact on sales?

A. As measured by Abbott, I'm sure I did, yes.

Q. But you believe that you're not sure how much impact?

A. I know. I know that for a fact. That's not my opinion. I know that from a fact from my current position, from former positions, from different companies, from different representatives, from different territories. Again, it all goes back to this things, their reporting, who reports, how they report and where your drug falls in a different tier or formulary and I can remember -- well, you see, as things progress with Abbott, field sales

representative's ability to be able to perhaps positively impact a territory were not necessarily welcomed in my opinion.

Now we're kind of on Bruce's opinion, grant me the indulgence, but when I was with Nowell I had people calling me. Well, who do you know? How can we get it and how can we talk to these people to change the way business is done? To have them look more favorably on our products. That's why we're in business. We're returning the investment to the stockholders.

That didn't happen at Abbott. Managed care people who come to town, they wouldn't meet with the reps. Then they would have to go sit across the table from a formulary member or physician who I call on everyday, who knows me who they don't have a relationship with or any kind of way to evaluate his or her ability to adopt a product or have an opinion on a product, so there is probably some sort of jaggedness or angst there, but that's the way Abbott worked and

nobody asked for my opinion and you just did what you're told, so I'd go out and make my sales calls.

Q. There was the managed care problem. Were there any other problems that were unique to you territory?

A. You call it a problem. That's just the fact the way it was. That's just the way it was.

Q. If we call it an issue can we agree on that?

A. I'll agree it's a problem. It's a problem. It's a problem.

Q. Are there any other issues you can think of?

A. I like to paint myself as a problem solver. I apologize. Again, you're asking for my opinion. The simple number or voluminous nature of so many sales reps bombarding doctors really got to be a big, big problem in the eyes of the physicians and as a senior guy I don't have much hair. I have some grey hair. I would hear about it because I kind of grew up with some of the doctors. They would be like look, can you call her off and tell her not to come here any more, and I am not