# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

**COPY**

JAMES JIRAK AND ROBERT PEDERSEN,

     Plaintiffs,

vs.                        No. 07-C-3626

ABBOTT LABORATORIES, INC.,

     Defendant.

---

VIDEO DEPOSITION OF JERRY ROGERS

TAKEN ON BEHALF OF THE DEFENDANT

ON SEPTEMBER 18, 2009, BEGINNING AT 9:12 A.M.

IN LITTLE ROCK, ARKANSAS

REPORTED BY:  KERRI PIANALTO, CCR

APPEARANCES:

On behalf of the PLAINTIFFS

     Caleb H. Liang

     KINGSLEY & KINGSLEY

     16133 Ventura Boulevard, Suite 1200

     Encino, California 91436

     cliang@kingsleykingsley.com

On behalf of the DEFENDANT

     Sara P. Leitenberger

     JONES DAY

     77 West Wacker

     Chicago, Illinois 60601

     sleitenberger@jonesday.com

Videographer:  Sean Shell

1    verbal agreement.

2        Q    A verbal agreement for the physician to

3    write for Abbott product?

4        A    Right.

5        Q    How was it decided which physicians you

6    would visit on your calls?

7        A    Marketing sent out a list or someone,

8    administration, marketing, sales management,

9    someone sent the list out.  In the timeframe that

10   we're speaking about  specifically because they got

11   more and more tailored and less and less

12   flexibility to who you called on, so someone would

13   send the list out and these were the doctors that

14   according to all of the marketing and the

15   management you're calling on and here's the

16   frequency and here's how you, you know.

17       Q    So from 2005 to 2008, you received a list

18   from --

19       A    Yes.

20       Q    -- someone at Abbott?

21       A    Yes.

22       Q    And what information did this list

23   contain?

24       A    It usually broke the physicians down by

25   psychiatry, neurology.  It had things like names,

1    addresses, zip codes, specialties, personal

2    information about physicians.  It might have their

3    birthday on it.  It might have things you could

4    use, you know, in sales, but it would have just

5    general information about a customer or a physician

6    that you were going to call on and enough that you

7    could know where to go and maybe, you know, hours

8    of the office and things like that.  You would just

9    get data that would help you with your direction.

10        Q      And you mentioned also frequency, was that

11   on the list as well?

12        A      Yes.

13        Q      And when we say frequency, is that like

14   you will see Dr. X four times?

15        A      Right.

16        Q      Any other information that the call plan

17   contained other than physician information, names,

18   addresses, identifiers and frequency information?

19        A      They oftentimes were rated by a number.

20   But with the exception of that, it could have, you

21   know, it could have a rating of whether they were

22   top rated or bottom rated or middle rated or

23   whatever.  But I can't think of anything else other

24   than that.

25        Q      And after receiving the list from Abbott,

1    could be working the same one again.

2        Q    And how many file cards did you have from

3    2005 to 2008 at any one time typically?

4        A    One for each physician.

5        Q    And how many pieces of competitor

6    literature did you have that you could use on sales

7    calls from 2005 to 2008?

8        A    I would just say a few.

9        Q    And how many sales aids did you have from

10   2005 to 2008 at any given time, any one time?

11       A    Three.  Those were permanent.  They

12   weren't leave behinds so you would have three in

13   case you lost one, in case one got damaged or

14   something, so usually about three of those.

15       Q    So were those three sales aids identical

16   copies of each other?

17       A    Yes.

18       Q    Let me go back a little bit just to make

19   sure I'm clear.  I'm more curious about what you

20   had access to in terms of what you could bring to a

21   sales call.  So in terms of number of studies from

22   universities you had at any particular time, how

23   many options did you have at a time to choose from?

24            MR. LIANG:  Objection, assumes facts not

25   in evidence.

1        A      I might have access to four, three or four

2    studies that were going on or that had been -- it

3    had to be published and there might be as many as

4    three or four and the companies would direct you on

5    which ones to use and they might direct you on

6    which one to use with which physician, but that was

7    about the extent.  You didn't have ten or 12 and

8    you didn't just have one and oftentimes two to

9    choose from, but generally you would have, you

10   know, maybe up to two or three that you could

11   choose to fit this particular physician.

12       Q      (BY MS. LEITENBERGER)  And then how many

13   file cards would you have to choose from at any

14   given time?

15       A      Just always one.  It has to be FDA

16   regulated so there was just one.

17       Q      And how many pieces of competitor

18   literature would you have to choose from?

19       A      That was just an occasional thing where

20   you might have it.  You were not allowed to use it

21   in the doctor's office because you weren't

22   promoting that drug so it was just something that

23   you had that you knew what they were promoting

24   with.  And you just occasionally would get a hold

25   of something like that.

1    Q    And then I think you said you had one

2  sales aid then?

3    A    Yeah, one permanent one that you carried

4  and then a couple of backups that are the exactly

5  the same thing.

6    Q    And on a given call, how did you pick

7  whether you would use a sales aid, a study or some

8  combination of these sales materials?

9          MR. LIANG:  I'm going to object that it

10  assumes facts not in evidence.

11    A    The direction came down from the company

12  that you would use the sales aid, not just wing it,

13  you would use it.  And the second thing that came

14  from the company is this is the study we're using

15  this call cycle, this time around, this three weeks

16  or it might be a period of what we called a

17  trimester.  So we would be using this particular

18  study and sometimes we would use it twice or maybe

19  we might even go in with it if it's a really good

20  study the third time.

21          So that was pretty well -- we used what

22  was directed to be used and the file card was left.

23  You always had to leave side effects and all of

24  those things and all of that data that was required

25  by legal -- by FDA regulations was in the file card

1 so you had to leave that.

2   Q  (BY MS. LEITENBERGER) How many pages was

3 a typical sales aid?

4   A  Eight or ten.

5   Q  And so you said Abbott directed that you

6 use the sales aid on every call; is that right?

7   A  Yes.

8   Q  How did you pick where on the sales aid

9 you used in those eight to ten pages?

10   A  That was practiced at meetings on how to

11 start the sales call. Generally, they were one,

12 two, three page and you would walk through it, but

13 it could be that the company's marketing decided we

14 want to start here and you go back to two and then

15 go to four and then go to ten or eight or ten and

16 close the call. So we were given direction on how

17 to use those at meetings.

18   Q  And so you were given direction on how to

19 use them. Did you then use it that way on every

20 sales call even if you had 30 seconds versus 15

21 minutes with the doctor?

22   A  You attempted to, you attempted to have a

23 structure to your call, but if the physician said I

24 will give you a minute, two minutes, I've got to go

25 to the hospital or I've got a patient, I'll give

1     you two minutes, then you had the discretion of

2     tailoring your call and doing a brief or what we

3     call a quickie kind of a brief call and that could

4     vary or would vary from where you had plenty of

5     time to sit down in the office and go through it.

6          Q     And so if you were given less time, you

7     would have to pick which portion of the message you

8     wanted to give?

9          A     Right.  Yes.

10         Q     You mentioned sampling as part of your job

11    duties, right?

12         A     Yes.

13         Q     How was sampling handled?  And what I mean

14    by that is, did you give samples on every call?

15         A     No.

16         Q     Did you have a limited number of samples

17    to give?

18         A     Yes.

19         Q     And how did you determine which physicians

20    you gave samples to versus those that you didn't?

21         A     They had to request them.  That's what the

22    law says.

23         Q     Any other factors that went into who -- to

24    whom you gave samples or not?

25         A     The usage history of samples might

1    physician, but as far as the sales message, the

2    presentation itself, I could not change that or

3    tailor that, so I just -- I think it's the

4    percentage or the amount that would have to do with

5    that being true.  You know, we nudged and leaned

6    people certain directions because of what we knew,

7    but as far as tailoring, going in there with my own

8    message and tailoring a sales presentation to that

9    particular physician, it was not something that we

10   did.

11          So that -- the way the manager has written

12   this sounds fine with you and I talking or with me

13   talking with someone in the company, but as far as

14   exactly how that played out, that's not totally

15   true.

16   Q    So you talked about not being able to

17   adjust the message, but you could interject into

18   it?

19   A    Yeah.

20   Q    When you say not being able to change the

21   message, what is the message; does that make sense?

22   A    Well, when you go to a meeting prior to

23   the start of a trimester or whatever, you practice

24   these messages and you know what marketing's

25   message is and you know what the five points of the

1   message are.  You know what we're trying to get

2   across.  So as long as you get that in with your

3   wording, that's what made a person unique and more

4   successful and that kind of thing, how you get that

5   message across with your wording.

6           So when I look at this, I see that

7   tailoring message is, yeah, I can tailor it to some

8   very limited degree by saying the words a little

9   differently and interjecting something I felt like

10  what was important because I knew this doctor and

11  how -- what their personality was or how they

12  thought or whatever.  So we, you know, we were in

13  tune with that, but that's the difference.

14      Q      And those five points in a message, are

15  those sentence-long points, are they words?  In

16  other words, a five point message, is that

17  efficacy, safety?  Does that make sense?

18      A      Yeah, it makes sense and it really could

19  be either.  It could be either.  It just depends on

20  what's coming down right now.  It could be strictly

21  a five-point message or it could back up and be

22  structural five-point message where you have an

23  opening -- you have an attention-getter and you

24  have an opening and you have a body to the message

25  and all, it could be that way.  And in different

1   regional or even the company, your territory ranked

2   here so it was -- it became almost a roll of the

3   wheel or a game of luck as far as how you finished

4   according to the dynamics that were going on

5   negative or positive within the territory.

6       Q     So do you believe your bonus was based

7   primarily on luck?

8       A     Well, it wasn't based primarily on luck,

9   but you could work, you know, you could work

10  yourself to death and not make much bonus so we all

11  knew that it wasn't -- we didn't have control of

12  it.  We couldn't go out and work a lot harder and

13  make a big difference in it.  And we could not even

14  work or be in the territory, pregnancy leave is a

15  good example, and make a great bonus.

16      Q     Do you believe you had any influence over

17  --

18      A     Definitely, yes.

19      Q     -- the amount of bonus?

20            How so?

21      A     Well, year after year, bonus after bonus,

22  if you always did bad, then, you know, it reflected

23  the fact that you weren't either a very good rep or

24  weren't working hard.  But it could sure vary from

25  one trimester to the next or one year to the next

1    according to the dynamics that was going on within

2    your geography.  So, you know, I think you could

3    influence it somewhat by working hard and, you

4    know, but you sure had to have some luck involved

5    with it.

6         Q    When you say you could influence it by

7    working hard, what do you mean by that?

8         A    Well, all of the goals that they gave you

9    or all of the directions they gave you as a

10   company, whether it was reach and frequency or

11   calls or whatever, we used to say it seems like the

12   harder I work the luckier I get, and that's true.

13   You could, you know, I think you could influence it

14   but there were no guarantees with influencing it no

15   matter how hard you worked or how lax you became

16   within it, you know.  But year after year, you

17   know, the more effort you put in and all, I believe

18   it would make a slight difference in where your

19   standings were and how they stayed there.

20        Q    And so you said it could influence it

21   through reach and frequency; any other ways it

22   could influence it?  Let me ask that question

23   better.  Any other ways you could influence whether

24   you received a bonus or not?

25        A    No.

1    Q    When you received the bonus of

2    approximately $10,000 in August 2006, did you ask

3    your manager if you could give it back because you

4    didn't feel it reflected your ability as a sales

5    rep?

6    A    No.

7    Q    Why not?

8    A    Because I had been lucky enough to have

9    that territory and have that job and the year

10   before I may not have made anything or the semester

11   before I may have felt like I really got unfairly

12   compensated because it was more of a luck

13   situation.  So when I received a bonus like this I

14   was glad to get it and I took it.

15   Q    Even though you thought you had little

16   influence over the sales in that area?

17         MR. LIANG:  Objection, misstates his

18   testimony.

19   A    I wouldn't say little influence.  I would

20   say, you know, that I was doing day in and day out

21   doing the same thing, putting the same hours in and

22   so, you know, you were lucky or unlucky.  And when

23   you were lucky, you took it and were glad to get it

24   and when you were unlucky we complained about it

25   so.  But it was just, you know, it was one of those

1    things that you expected but you had ownership of

2    the territory and so you did the best -- you did

3    the best you could do and took what you could get,

4    you know, out of it and it all equaled out.

5          Q    I'm marking what's been Bates labeled

6    Abbott 0069696 to Abbott 0069697 as Defendant's

7    Exhibit 11.  And Defendant's Exhibit 11 is now

8    before the witness.  I'll give you a minute to look

9    it over.  Do you recognize this document?

10              (WHEREUPON, Exhibit 11 was marked for

11   identification.)

12         A    Yes.

13         Q    And what is it?

14         A    The incentive compensation report for

15   trimester three of '06.

16         Q    And would this have been the trimester

17   following August 2006 trimester?

18         A    Yes.  Yes.

19         Q    Do you recall receiving a bonus of

20   $13,364.56 in December of 2006?

21         A    No.

22         Q    Is it possible that you received that

23   bonus?

24         A    It's possible.

25         Q    And do you recall accepting this bonus for