# EXHIBIT N

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                        EASTERN DIVISION
 4
     JAMES JIRAK AND ROBERT           )
 5   PEDERSEN,                        )
                                      )
 6                                    )
              Plaintiffs,             )
 7                                    )
         vs.                          )   CASE NO. 07 C 3626
 8                                    )
     ABBOTT LABORATORIES, INC.,       )
 9                                    )
              Defendant.              )
10   _____)
11
12
13
14           DEPOSITION OF JAMES MARTIN,
15   taken on behalf of the Defendant at
16   555 South Flower Street, 15th Floor,
17   Los Angeles, California, on Friday,
18   August 7, 2009, at 10:04 A.M. before
19   Christine C. Gordon, Certified Shorthand
20   Reporter No. 7709.
21
22
23
24
25
```

1    A    There was some sales training in the home
2 study as well.
3    Q    So for the home study what kinds of sales
4 training did you receive?
5    A    It was more so designed specifically for the
6 product as of in terms of just informing us and
7 increasing our knowledge of the product and the
8 disease state so we would be able to communicate it
9 effectively.
10    Q    Okay. But what about in Chicago, what kind
11 of sales training did you have?
12    A    In Chicago it was more of the message that
13 they wanted us to deliver to our customers.
14    Q    Can you explain that a little bit more?
15    A    More specifically looking at different
16 patient types that a psychiatrist might see, for
17 example, and the symptoms that those patients would
18 present with and then how based on the messaging that
19 we were given from corporate how that would be
20 applicable to any situation.
21    Q    So were they giving you different scenarios?
22    A    Yes.
23    Q    And teaching you messaging skills for those
24 scenarios?
25    A    Yes.

1  Q    So tell me a little bit more about the
2  messaging that they -- that you were learning during
3  this training.  Were these things that you were
4  expected to deliver verbatim during your sales calls?
5  A    Yes.
6  Q    And what kinds of messages are we talking
7  about?  A sentence?  A paragraph?
8  A    More a couple of sentences usually that was
9  the core message, and it spoke to tolerability,
10 efficacy, and/or safety.
11 Q    So who developed these core messages?
12 A    The marketing department.
13 Q    And then how did you become aware of what the
14 core messages were?
15 A    From the sales team, the sales division,
16 sales training.
17 Q    Did the core messages ever change for your
18 products?
19 A    Yes.
20 Q    And what would happen when one of them
21 changed?  Would they retrain you?
22 A    Either -- usually we wouldn't have to go all
23 the way back to corporate for that.  If there was a
24 change it might change at a meeting that we would have
25 locally like a district or regional meeting at which


Case: 1:07-cv-03626 Document #: 146-15 Filed: 12/14/09 Page 5 of 11 PageID #:1759

1  time they would communicate to us the new core message
2  or core messages that they wanted delivered.
3     Q    So were you expected to use this core message
4  on every sales call?
5     A    Yes.
6     Q    Were you expected to use it in the same way
7  in every sales call?
8     A    In the same way? Yes. In the same way, yes.
9     Q    Were you trained on how you could adjust the
10 message for a specific type of doctor?
11    A    Not really because, again, the core message
12 only changed like I said it might be for a different
13 period of time, but when we had that core message,
14 that was the core message that was to be delivered.
15    Q    So even if a doctor had a unique patient
16 population or, you know, something about their
17 practice that was different than other doctors, you
18 were expected to give the same message to that doctor?
19    A    If there was a doctor that was unique to the
20 core message it wouldn't be somebody we would be
21 calling on because it wouldn't be in line with the
22 messaging that we were delivering.
23    Q    So aside from the core message were you
24 trained on other things you were supposed to say to
25 doctors?


42


JAMES MARTIN

BARKLEY
Court Reporters

1  morning and/or when I got home and definitely checked
2  voicemail before I left.
3      Q   So as far as the doctors you were supposed to
4  see on a specific day, was that up to you to decide?
5      A   In terms of -- yeah, we had a -- based off
6  the call plan and frequency that we were required we
7  had to make sure we got to the right doctors, so it
8  was up to me, but in the confines of following -- you
9  know, following the targeted number of calls to the
10 appropriate physicians.
11     Q   Let's look at this as we're talking about it.
12 This is No. 8.  Sorry.  The printing is really small.
13 I think it gets better on the next page.
14     A   All right.
15        (Deposition Exhibit 8 was marked for
16        identification by the court reporter.)
17 BY MS. OSE:
18     Q   Do you know what this is?
19     A   A call plan.
20     Q   Okay.  So how often would you receive this
21 document or some version of this document?
22     A   Call plans were usually quarterly.
23     Q   Who did it come from?
24     A   From corporate.
25     Q   So let's look at what information is provided

77

JAMES MARTIN

BARKLEY Court Reporters

1     Q    And the page marked Abbott0061646, it looks
2 to me like the same sort of call notes, the same sort
3 of things you marked down before, but this one was
4 sent to Lily Suk.
5     A    Yes.
6     Q    And she was your District Manager; correct?
7     A    At the time, yes.
8     Q    So why were you sending these to your
9 District Manager?
10     A    So she could be informed as to what took
11 place at those calls.
12     Q    Now, was that a special -- was that always
13 required that you send it to your District Manager?
14     A    No. Occasionally she would request it.
15     Q    You just wanted to -- or she would request
16 that you send it to her?
17     A    Yes.
18     Q    Okay. Did you find these sorts of notes
19 helpful in keeping track of where your physicians were
20 and where your customers were?
21     A    Yes.
22     Q    So many different types of information. I
23 can imagine it was important.
24     A    Yeah, because -- again, because of the
25 different what we call channels, long-term care

1     A    Yes.

2     Q    And what was the purpose of it?

3     A    Giving her my game plan or approach for the
4 different accounts within the territory.

5     Q    Was it something that she asked you to do or
6 was it something that you did on your own?

7     A    Something that she requested.

8     Q    Just from you or from everyone in the
9 territory?

10    A    From everyone.

11    Q    Did you come up with this plan of action
12 yourself?

13    A    No, in conjunction with working with her,
14 getting input from her.

15    Q    Did she give you input before you came up
16 with it?

17    A    Yes.

18    Q    One part of your plan of action was:
19       "Aggressively selling versus newer AEDs,
20       especially in neuro."
21       What did you mean by that?

22    A    Selling against the newer anti-epileptic
23 drugs that were on the market especially in neurology.

24    Q    Do you remember why that was a specific goal
25 of yours?

152

JAMES MARTIN

BARKLEY
Court Reporters

1      A      No, I do not.

2      MS. OSE: Okay. I think that is it for me.

3      Caleb?

4      MR. LIANG: Yes.

5      MS. OSE: Do you have anything?

6      MR. LIANG: I do have a few questions.

7

8                        EXAMINATION

9 BY MR. LIANG:

10      Q      James, did you ever supervise anyone while

11 working at Abbott Laboratories?

12      A      No, I did not.

13      Q      Were you involved in the development of any

14 company-wide marketing strategies while working at

15 Abbott?

16      A      No, I was not.

17      Q      Were you involved in the development of any

18 company-wide advertising strategies while working at

19 Abbott?

20      A      No.

21      Q      Were you involved in making any policies that

22 were used or implemented on a policy-wide basis while

23 working at Abbott?

24      A      No.

25      Q      You mentioned earlier that in 2006 it was a

1  unique year because you had a smaller bonus payment;
2  is that right?
3    A    Yes.
4    Q    And your bonus payments or your payouts are
5  based on changes in market share?
6    A    Yes.
7    Q    In 2006 did you change the way you made your
8  calls in any significant way?
9    A    No.
10    Q    Did you change your pre-call planning in any
11  significant way?
12    A    No.
13    Q    What about your actual call? Did you change
14  that in terms of making an opening, making probing
15  questions, providing demonstrations, and making a
16  close?
17    MS. OSE: Objection, compound.
18  BY MR. LIANG:
19    Q    Did you change the way you made your openings
20  in your calls in 2006?
21    A    No.
22    Q    Your probing questions in 2006?
23    A    No.
24    Q    Demonstrations like referring to your visual
25  aid?

1    A    No.

2    Q    Changes to your close?  Did you make any of
3    those in 2006?

4    A    No.

5    Q    Did you change the way you viewed your
6    post-call notes in 2006?

7    A    No.

8    Q    Did you change in any significant way your
9    work ethic or how hard you worked in 2006?

10   A    No.

11   Q    You also reviewed a year 2006 evaluation and
12   there was this model -- excuse me, most effective
13   sales call.  Is that a phrase or terminology that
14   Abbott uses?

15   A    Yes.

16   Q    So it's not like a descriptive of a call that
17   was the most effective?

18   A    No.  It's more of something that's used in
19   the marketing department as what a most effective
20   sales call would be, the different components of it.

21   Q    Is there training on this --

22   A    Yes.

23   Q    -- on most effective sales call?

24   A    Yes.

25   Q    Are there particular parts in the most

JAMES MARTIN

BARKLEY Court Reporters