# EXHIBIT S

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES JIRAK and ROBERT    )
PEDERSEN,                  )
                          )
       Plaintiffs,     )
                       )    No: 07 C 3626
      vs.             )    Judge Castillo
                       )    Magistrate Judge Keys
                       )
ABBOTT LABORATORIES, INC.,  )
                       )
       Defendant.      )

The videotaped deposition of CHERYL FULLER,

taken on behalf of the Defendant, taken pursuant

to agreement of counsel, taken for all purposes

authorized by the Federal Rules of Civil

Procedure; the reading and signing of the

deposition being reserved; taken before Bonnie L.

Smith, RPR, Certified Court Reporter and Notary

Public, commencing at 10:09 a.m., on this the

26th day of August, 2009, at 1420 Peachtree

Street, Atlanta, Georgia.

de8aa035-2227-461e-8a6d-b8c4679d6ed1

1     counterparts that you had to think about. So you

2     couldn't have the whole minute to yourself.

3             And if it was a large group practice, a lot

4     of times there would be like a doctor of the day who

5     was on lunch duty and they would have to go in and

6     listen to the spiel and he was to represent the entire

7     office.

8     Q.   Were there ever lunches that lasted longer

9     than a minute with the actual doctor?

10     A.   Sometimes, but it was rare.

11     Q.   Okay.

12     A.   Especially lately, like in '05/'06. It

13     became increasingly rare.

14     Q.   Do you know -- but prior to 2005 were

15     lunches longer?

16     A.   Sometimes. More often than they were toward

17     that end of time period.

18     Q.   If you did have more time with the doctor,

19     what would you talk to them about?

20     A.   I would use the sales aid that they give us

21     at our quarterly meetings and I would show them, you

22     know, what our product does, how it works in the body,

23     and why I feel that they should prescribe it instead

24     of the -- I guess the competition is what you could

25     say.

de8aa035-2227-461e-8a6d-b8c4679d6ed1

1          And then I would use what -- you know, what

2    they told us at our sales meeting, what we should say,

3    how we should say it, what we should use, and that's

4    it.

5          Q.    What was in the sales aid?

6          A.    They would -- there would be colorful graphs

7    and bullet points about the product.

8          Q.    And would you receive a sales aid every

9    quarter?

10         A.    Yes.

11         Q.    Would you receive them during those training

12   meetings that you were talking about?

13         A.    Yes.  Sometimes they would arrive prior.

14         Q.    Prior to the training?

15         A.    Yes.  So you could read over the material

16   before you got there.

17         Q.    How long were these sales aids on average?

18         A.    I would say they were probably about this

19   thick.  I mean, I don't remember how many pages, but

20   they were fairly thin.

21         Q.    Okay.

22         A.    I mean, I don't know if -- I don't know if

23   you'd call this thin or thick, but it was about the

24   thickness of this here.

25         Q.    Okay.

1      Q.    What types of administrative work were you
2    responsible for?
3      A.    Expense reports, reports on what we were
4    doing in the field, how we were doing it.  We had to
5    do what we called pre- and post-call notes.  So every
6    time you went on a call, you were supposed to look at
7    a note and decide what you're going to talk to the
8    physician about, which was futile because really you
9    never really got to talk to them.
10          Then once your visit was over, you would sit
11    down and you'd have to write what you talked about or
12    if you just left samples.  And that was very important
13    because if you didn't, that could -- you could be
14    in -- not in trouble, but it would not be a good
15    thing.
16      Q.    It wouldn't be a good thing if you didn't
17    write down notes --
18      A.    Yes.
19      Q.    -- afterwards?
20      A.    Yes.
21      Q.    Why would it not be a good thing?
22      A.    Because there's no real -- when your
23    district manager or someone wants to look at your
24    reports and things, they're going to want to know what
25    you talked about.  And if there aren't any notes, then

1  they'll say, well, what did you talk about.

2       Q.   So where would you enter in these notes?

3       A.   They would either be on the computer, the

4  laptop that we had, or the little hand-held device.

5       Q.   Like a PDA?

6       A.   Yes.

7       Q.   When you say it would either be on the

8  laptop or on the PDA --

9       A.   Uh-huh.

10      Q.   -- are they in two separate locations then,

11 like the data?

12      A.   The PDA is what you would take in to the

13 physician to have him sign for the samples.  And the

14 computer is -- would oftentimes be in your car with

15 you.  And the information at night, you're supposed to

16 synch it --

17      Q.   Okay.

18      A.   -- so that they can -- you know, so that the

19 information can be uploaded to the computer.  And then

20 you have to synch it again to upload it to the host at

21 Abbott.

22      Q.   So all of the information at some point

23 comes -- gets put together?

24      A.   That's correct.

25      Q.   And so you would report all of your -- your

1      together?

2          A.   You would draft what you wanted to do and

3      then you kind of all came together and tweaked it

4      based upon what they wanted to do, what you wanted to

5      do and what would be best for the team.

6          Q.   Okay.

7          A.   You would also in your business plan discuss

8      how many lunches you planned to do.  You would discuss

9      how many education programs you would plan to do, what

10     physician you should target.  Because what they would

11     do, like, for our programs, they would give us, like,

12     this list.  They would say, hey, we've got these

13     physicians we've trained on the product and these are

14     the people that are in your area.  We'd like for you

15     to use them.  So as a result in your business plan,

16     you said, okay, we're going to do so many, because you

17     had money that you had to spend.

18         Q.   So you would receive a list of physicians

19     that you could use for these programs?

20         A.   Yes.  They were approved physicians --

21         Q.   Okay.

22         A.   -- and preferred physicians sometimes.

23         Q.   And how would you describe in that group, in

24     that list of physicians, who to actually use for the

25     program?

de8aa035-2227-461e-8a6d-b8c4679d6ed1

1    A.    Well, it was usually regional lists and if

2    they were local, you should use the local physician --

3    Q.    Okay.

4    A.    -- unless otherwise directed by management.

5    Q.    Besides your initial training at Abbott, did

6    you also receive additional training?

7    A.    Yes.

8    Q.    And what other types of training sessions

9    did you receive or did you attend?

10    A.    Every -- I think it was annually you had a

11    national meeting and I think maybe you had two to

12    three a year regional-wise and what that would do is

13    you would roll out a new marketing sales aid, new

14    marketing materials.  And you would go there to learn

15    how to use those marketing materials, what should be

16    said, what the marketing message was.  You would

17    practice the marketing message.  And you would

18    subsequently practice with your counterparts.  You

19    would receive objections and how to handle those

20    objections.

21    Q.    How long did these regional meetings last?

22    A.    I think two days, maybe three days.  I

23    really am not sure.  But they were usually an

24    overnight trip.

25    Q.    And how long were the national meetings?

1    Q.   Do you remember any particular advice that

2  you received from these people from marketing?

3    A.   Nothing specific.

4    Q.   How often would people from marketing

5  accompany you on these calls?

6    A.   Not very often.  They would always rotate

7  because they wanted to see something different.

8    Q.   Was it often as once a month?

9    A.   I have no idea because there's just so many

10  of us that they would ride with.  So I don't know how

11  often they came down.

12    Q.   Can you think of any other situations where

13  there was anyone else that was with you when you were

14  on your calls?

15    A.   No.

16    Q.   How often did you interact with your

17  supervisor in 2005 and 2006?

18    A.   I don't remember.

19    Q.   Would you say that you spoke with him every

20  day?

21    A.   We received voice mails daily.

22    Q.   And what type of items were discussed in the

23  voice mails?

24    A.   Marketing items, sale items, you know.

25    Q.   When you're saying marketing items, do you

1    mean just new initiatives for marketing?

2        A.    I just remember them being marketing.   I

3    don't remember specifically what they were about.

4        Q.    How else did you interact with your district

5    managers besides -- district manager besides voice

6    mails?

7        A.    E-mail and the field travel visits.

8        Q.    Would you ever speak with him on the phone?

9        A.    Rarely.

10       Q.    How often would you e-mail your district

11   manager?

12       A.    I don't remember.

13       Q.    Do you remember having to e-mail with him

14   every day?

15       A.    I don't remember.

16       Q.    Was there any way for your manager to

17   monitor what you were doing on a day-to-day basis?

18       A.    Yes.

19       Q.    How was he able to monitor what you were

20   doing?

21       A.    When you capture the signature from the

22   physician for the samples, it's time stamped and --

23   and dated.  So when you synch with your computer and

24   the home computer, they get a report.  So they know

25   what time you made the call, what day you made the

de8aa035-2227-461e-8a6d-b8c4679d6ed1

1    attainment is below district attainment.  And that

2    means that you were below -- your territory was below

3    the district performance?

4         A.    For quota, yes.

5         Q.    For quota.  Okay.  And then the second core

6    job responsibility listed is territory management;

7    right?

8         A.    Yes.

9         Q.    And then under assessment, it states that

10   you used marking reports to assess territory.  How did

11   you use the marketing reports to assess territory?

12        A.    The marketing reports were used to decide --

13   or, try to assess if the physician was writing the

14   product or not and who, you know, you should possibly

15   have one of those educational programs for or which

16   doctor you may need to see more often.

17        Q.    And then under the next core job

18   responsibility of resource utilization, the assessment

19   states that you utilize clinical reprints, marketing

20   items, and reports.  How do you utilize clinical

21   reprints, marketing items, and reports?

22        A.    The clinical reprints are used like the

23   sales aid.  You would receive clinical reports from

24   our legal marketing department and you would be told

25   what pages, you know, had the information that you

1  should be presenting to the physician. And so that's

2  how you would use those.

3      And the sales marketing material would be

4  the sales aids, your pens, any little type of gimmicky

5  things that would be used to brand the office. And

6  then the reports again would be to help assess if the

7  physician is prescribing or not.

8     Q. And then in terms of the reprint, did you

9  have to read the entire reprint in order to utilize

10  it?

11     A. Yeah.

12     Q. Okay.

13     A. Yeah, you need to read it.

14     Q. And then were you -- did you summarize the

15  reprint so that you could present it to the doctor?

16     A. No. What would happen is you would be given

17  this reprint and you would be trained on it and you

18  would be -- there were certain sentences that, you

19  know, they felt -- Abbott felt would be more

20  beneficial in marketing the product. So those would

21  then be the sentences that you should use in your

22  presentation.

23     Q. In order to understand how to use those

24  sentences in the reprint, did you have to understand

25  the entire reprint?