# EXHIBIT V

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF ILLINOIS

 3                     EASTERN DIVISION

 4    JAMES JIRAK and ROBERT         )

 5    PEDERSEN,                      )

 6              Plaintiffs,          )

 7              vs.                  )    No. 07 C 3626

 8    ABBOTT LABORATORIES, INC.,     )

 9              Defendants.          )

10

11              The deposition of JOE SERIO, JR., called

12    for examination, taken pursuant to the Federal Rules

13    of Civil Procedure of the United States District

14    Courts pertaining to the taking of depositions, taken

15    before Lynn A. McCauley, CSR No. 84-003268, RPR, a

16    Certified Shorthand Reporter of the State of

17    Illinois, at 77 West Wacker Drive, Suite 3500,

18    Chicago, Illinois, on August 27, 2009 at 9:59 a.m.

19

20

21

22

23

24
```

2

```
 1   PRESENT:

 2        JOSEPH & HERZFELD, LLP, by
          MR. MICHAEL DI CHIARA
 3        757 Third Avenue, 25th Floor
          New York, New York 10017
 4        212-688-5640
          md@jhllp.com
 5             Appeared on behalf of Plaintiffs;

 6
          JONES DAY, by
 7        MS. AMANDA M. OSE
          555 California Street, 26th Floor
 8        San Francisco, California 94104
          415-626-3939
 9        aose@jonesday.com
               Appeared on behalf of Defendant;
10
                    and
11
          JONES DAY, by
12        MR. BRENT D. KNIGHT
          77 West Wacker Drive, 35th Floor
13        Chicago, Illinois 60601
          312-782-3939
14        bknight@jonesday.com
               Appeared on behalf of Defendant.
15

16

17

18

19

20

21

22

23

24
```

```
1    done MBA classes at DePaul.

2         Q.    DePaul in Chicago?

3         A.    Correct.

4         Q.    When is the last time you took a class at

5    DePaul?

6         A.    Oh, probably 10 years ago.

7         Q.    Okay.  Do you have any professional

8    licenses?

9         A.    No.

10        Q.    You're not a CPA or anything like that?

11        A.    No.

12        Q.    Do you have any professional

13   certificates?

14        A.    No.

15        Q.    I think I know the answer to this, but I

16   have to ask you.

17                  Have you ever been convicted of a

18   felony in the past 10 years?

19        A.    Nope.

20        Q.    Of a misdemeanor in the past five?

21        A.    Nope.

22        Q.    All right.  What is your current position

23   with Abbott?

24        A.    I am a Senior Manager in the Managed Care
```

1    Contracting area.

2          Q.    And what are your duties and

3    responsibilities in that position?

4          A.    I work in concert with my field rep

5    counterparts to negotiate favorable formulary

6    position for our pharmaceutical products.

7          Q.    And when you say you work with your field

8    rep counterparts, who are you referring to?

9          A.    We have both regional and national

10   managed care executives that are basically our sales

11   force that call on private insurers.

12         Q.    And your field reps, they're different

13   than the pharmaceutical reps that call on physicians;

14   correct?

15         A.    Correct.

16         Q.    And how long have you been in this

17   position?

18         A.    Since March of '06.

19         Q.    Now, you mentioned that there are

20   regional and district managed care sales reps?

21         A.    Regional and national.

22         Q.    Are there any lower-level salespeople in

23   the managed care group?

24         A.    Not beyond those two groups.  There are

45

1    competitive bid depending on a threat -- a

2    competitive situation.

3         Q.   Now, is your role to assist in getting

4    Abbott products on formularies for managed care

5    organizations for which Abbott is not on formulary?

6    Is that one of your job responsibilities?

7         A.   Yes.

8         Q.   Is another one of your job

9    responsibilities to improve Abbott's formulary

10   position with some of these managed care groups?

11        A.   Yes.

12        Q.   Now, why would Abbott want to be on a

13   managed care group's formulary?

14        A.   Because it provides a better or lower

15   out-of-pocket cost to patients which would in turn

16   mean that they're more likely to fill their

17   prescription and the volume of prescriptions we would

18   get overall would increase.

19        Q.   And why would Abbott want to improve

20   their formulary position with a managed care

21   organization?

22        A.   So that our reps can detail docs knowing

23   that there's not any kind of formulary restriction

24   that would have to be overcome at the point of sale

46

1    for the patient.

2         Q.    And with the idea being also that that

3    would lead to the increase of more prescriptions as

4    being written for Abbott products?

5         A.    Correct.

6         Q.    And more prescriptions being filled for

7    Abbott products?

8         A.    Yes.

9         Q.    And that means more money for Abbott;

10   right?

11        A.    Yes.

12        Q.    Okay.   If you look at Exhibit 1 in front

13   of you, sir, I'll ask you to just take a minute to

14   look at it.   And my question is have you seen this

15   document before?

16        A.    No.

17        Q.    Okay.

18        A.    Or I may have seen pieces of this in a

19   different format if this is the topics that I'm

20   looking at.   It didn't look like this, what I'm

21   looking at.

22        Q.    Okay.

23        A.    Yes, I've seen the pieces, the 20 -- I

24   believe it's 21, 22, 23.

```
 1    contracting organization, and their field

 2    counterparts on the pharmacy side would be the

 3    national trade execs.

 4         Q.    So you said there are very few contracts

 5    with actual pharmacies?

 6         A.    Correct.  Pharmacies primarily acquire

 7    product from the wholesalers.

 8         Q.    Okay.  Now, who works on the contracts

 9    with wholesalers?

10         A.    That would be the demand planning group

11    which used to be part of my group.  Contracting it

12    has since moved recently to the part of the sales

13    forecasting group where I used to work.

14         Q.    So the demand pharmacy group, is that

15    considered part of Abbott sales force if you know?

16         A.    The demand planning group is not, no.

17    That's part of the finance organization.

18         Q.    And those people employed in that group,

19    they are the ones who negotiate contracts with

20    wholesalers?

21         A.    They along with their field counterparts,

22    again the national trade execs that represent Abbott

23    with those organizations.

24         Q.    Okay.  And are the national trade execs,
```

1    are they part of the -- considered part of the sales

2    force at Abbott?

3            A.    Yes.

4            Q.    They are considered part of the sales

5    force?

6            A.    Yes.

7            Q.    How many trade execs are there?

8            A.    I don't know the exact number, eight or

9    10 approximately.

10           Q.    Who supervises the trade execs?

11           A.    I believe Ken Medics who is director of

12   trade relations.

13           Q.    Now, the demand planning group and the

14   trade execs, do they negotiate prices with

15   wholesalers?

16           A.    They do -- every three years they

17   negotiate contracts.

18           Q.    Any other job title at Abbott that you

19   know of that is involved in the contract negotiations

20   with wholesalers?

21           A.    No.

22           Q.    Do you know if the sales force -- and

23   what I mean by sales force, by pharmaceutical reps,

24   that have any involvement in the contract

1    actually call on wholesalers and detail wholesalers

2    on Abbott products?

3         A.   I do not believe any field reps that call

4    on physician base for example would be calling on any

5    wholesalers.

6         Q.   And is it the trade group that has

7    responsibility to -- of entering into contracts with

8    wholesalers?

9         A.   Correct.

10        Q.   And is the trade group, are they

11   responsible for actually collecting money, or is that

12   another department at Abbott?

13        A.   The actual collection of money would go

14   through accounts payable, accounts receivable, those

15   types of things which is a corporate function, but

16   the rates and all that would be negotiated by the

17   trade group and the demand planning organization.

18        Q.   Okay.  Again, I just want to direct your

19   attention to Paragraph 33, sir.

20             Can you describe for me the

21   distribution process for Abbott's pharmaceutical

22   products and how they get to the actual enduser?

23        A.   So I just want to make sure I understand

24   the point.

1    prescription demand.

2         Q.   What about the -- you know, in your

3    position I'm sure you've come across this information

4    as far as what impact an enhanced formulary position

5    a managed care provider has on the demand for Abbott

6    product?

7         A.   Meaning generally does having a preferred

8    formulary position result in better share or demand

9    versus not having -- or having a non-preferred

10   position, yes.  Absolutely that's true.

11        Q.   Have there been studies that have been

12   done to show the impact an enhanced formulary

13   position has on the demand for Abbott products?

14        A.   I don't know if there are studies that

15   are done, but you can fairly easily look at certain

16   products that aren't preferred on formulary and

17   compare their performance against products that are

18   on formulary and see that there is a -- potentially a

19   delta in shared performance.

20        Q.   Can you tell me in your current job what

21   products you have been successful in recently in

22   either getting on formulary or getting an enhanced

23   formulary position?

24        A.   Any of -- any of the ones that we

1    mentioned.

2                  Trilipix has been added to several

3    formularies this year.  It was just launched in

4    December, so it's been a focus in terms of trying to

5    get formulary access for the product.

6                  Zemplar, we've had several formulary

7    enhancements going from nonpreferred to preferred.

8                  Humira as well.

9         Q.   Let's talk about Zemplar for a second.

10                 How long has Abbott had Zemplar in

11   the market if you know?

12        A.   I don't know exactly.  I would say a few

13   years as a tablet formulation which is what I

14   support.

15        Q.   Okay.  And you said recently it got

16   enhanced formulary position.  On which managed care

17   organization?

18        A.   I don't remember off the top of my head.

19   I believe CIGNA was one.  I don't remember all of

20   them off the top of my head.

21        Q.   Now, do you have the -- in your position

22   do you have access to information concerning the

23   number of prescriptions for Zemplar prior to it

24   getting this favorable formulary position or enhanced

1    formulary position and statistics post-enhanced

2    formulary position?

3         A.   For products that are moved from a

4    nonpreferred to a preferred formulary we have at a

5    macro plan level data that we use to analyze whether

6    or not we do the contract when it's signed, and then

7    we have the data after to analyze the performance of

8    that contract after it's executed.

9         Q.   Okay.  Now, speaking just in general

10   terms, in your experience in your current position,

11   have -- did the demand for Abbott products increase

12   when they've been placed on an enhanced formulary

13   position?

14        A.   Yes.

15        Q.   In your experience has there ever been a

16   product that obtained an enhanced formulary position

17   where the demand went down?

18        A.   No.

19        Q.   And can you -- is there any way to

20   quantify, you know, how much demand increases after a

21   product gets an enhanced formulary position?

22        A.   It depends on a number of factors, what

23   the position was prior to the contract, a number of

24   therapeutic alternatives, effectiveness of both the