# EXHIBIT X

1        IN THE UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF ILLINOIS

3               EASTERN DIVISION

4

JAMES JIRAK AND ROBERT            )
5   PEDERSEN,                         )
                                      )
6            Plaintiffs,              )
                                      )
7        vs.                          )   CASE NO. 07 C 3626
                                      )
8   ABBOTT LABORATORIES, INC.,        )
                                      )
9            Defendant.               )
10  _____   )

11

12

13

14

15       DEPOSITION OF RANJEETA UDHOJI-SAMPLE,

16   taken on behalf of the Defendant at 16133

17   Ventura Boulevard, Suite 1200, Encino,

18   California, on Monday, July 27, 2009, at

19   9:55 A.M. before Christine C. Gordon,

20   Certified Shorthand Reporter No. 7709.

21

22

23

24

25

                          2

BARKLEY
Court Reporters

1          Any other institutions, Veterans' Hospitals,

2    things like that that you called on?

3      A    There were some private hospitals.

4      Q    Private hospitals?  Like what?

5      A    Huntington Memorial in Pasadena.

6      Q    How were those different than your other

7    customers?

8      A    They didn't have a residency program.

9      Q    So were you calling on different sorts of

10   physicians?

11     A    Just the hospital pharmacies at that time

12   just to get them to verify stocking.

13     Q    Okay.  So you agree with the general idea

14   that a doctor writes a prescription for a product;

15   right?

16     A    Mm-hmm.

17     Q    And do you agree that a patient has to have a

18   prescription to obtain the product?

19     A    Yes.

20     Q    So in writing the prescription, the doctor is

21   essentially determining what product the patient would

22   buy?  Do you agree?

23     A    Yes.  Hopefully they put "Do not substitute."

24     Q    So for a company, a drug company like Abbott

25   or Shering Plough, Glaxo, do you think it makes sense

49

Ranjeeta Udhoji-Sample

BARKLEY
Court Reporters

1    that it would target its sales efforts of the doctor

2    since the doctor is ultimately deciding what product

3    the patient is going to buy?

4    　　　　　MR. LIANG:  I'm going to object that it calls

5    for speculation.

6    　　　　　THE WITNESS:  We made presentations, and we

7    were taught to make presentations to everyone in the

8    office and speak to as many people as we could.

9    BY MS. OSE:

10   　　　Q    But again my question is more just in the

11   abstract.  I mean, does it make sense that the target

12   of a company like Abbott sales efforts would be at the

13   physician level since the patient actually needs the

14   physician's prescription to purchase the product?

15   　　　A    Yes.

16   　　　Q    So in order to sell more products, Abbott

17   wanted to make sure that you as sales reps were

18   educating the physician on the competition; right?

19   　　　A    Yes.

20   　　　Q    And the weaknesses or strengths of Abbott

21   products versus the competition?

22   　　　A    We didn't actually sell anybody anything.  We

23   made presentations and hoped that they would prescribe

24   a medication.

25   　　　Q    So your overall goal then was to get the

                              50

BARKLEY
Court Reporters

1    Q    So August 4th the first one starts at 10:22

2    A.M., one, two, three, four, five, six, seven, eight,

3    nine calls, and the last one at 4:30; 4:24.

4         So, again, looking at this week is it

5    possible that you worked less than 60 hours?

6    A    Yes.

7    Q    Is it possible there are other weeks in here

8    that you would have worked less than 60 hours?

9    A    It's possible.

10   Q    So when you were in the field most of the

11   time you were not accompanied by a supervisor; right?

12   A    Correct.

13   Q    It was just you by yourself?

14   A    Yes.

15   Q    And was there any way that your manager can

16   monitor what you were doing on a day-to-day basis as

17   far as your sales calls?

18   A    I suppose they would generate a report like

19   this.

20   Q    But in terms of, you know, what you were

21   doing, what messages you were giving, things that

22   wouldn't be reflected in this report, is there a way

23   that they could monitor that?

24   A    No.

25   Q    So would you agree with the statement that

97

Ranjeeta Udhoji-Sample

BARKLEY
Court Reporters

1   there was not a lot of supervision on a day-to-day

2   basis?

3       A    No.

4       Q    Why not?

5       A    Because there were voicemails, phone calls,

6   emails.

7       Q    You consider that supervision?

8       A    Yes.

9       Q    In what way?

10      A    If somebody calls you in the middle of the

11  day and wants to know what's going on or has some

12  information for you or doesn't have information, it's

13  supervision.

14      Q    Did you have conversations with your manager

15  during the day?

16      A    Yes.

17      Q    On the phone?

18      A    Yes.

19      Q    But, again, your manager wasn't accompanying

20  you, watching you, didn't know when you were taking

21  personal breaks?

22      A    Once a month she did.

23      Q    But aside from once a month?

24      A    No.

25      Q    What is a "warchest"?

BARKLEY
Court Reporters

1    doctors, so I would say that's not true.

2    Q    So what does "sales" mean to you?  Does there

3    have to be a contract and money exchanged?

4    A    Yes.

5    Q    And those are two requirements that you see?

6    A    Yes.

7    Q    So during your entire time at Shering Plough

8    and at Abbott and Glaxo you never thought of yourself

9    as a salesperson?

10   A    Well, we did not have a product that we were

11   actually giving to somebody for any amount of money so

12   it was more promotional.

13   Q    But wasn't the ultimate goal to increase the

14   sales of the products that you were in charge of?

15   A    There was no way of knowing who actually

16   created that prescription, no way of knowing.

17   Q    Can you clarify that a little more?  You're

18   saying there was no way of knowing?

19   A    If a prescription was written by a physician

20   there's absolutely no way of knowing if I caused that

21   person to write that prescription, if Thomas had

22   caused that person to write a prescription, if the

23   pharmacist had requested that product for that

24   patient, if the patient had requested the product, if

25   managed care had dictated it.  There's no way of

102

BARKLEY
Court Reporters

1 knowing.

2     Q    So even though in the pharmaceutical industry

3 it's not possible for you to sell pharmaceutical

4 products to a consumer, it was FDA regulation, you

5 still maintain that that means you're not selling?

6     A    I don't consider that selling.

7     Q    Let's look at the second paragraph on the job

8 description.

9          "The Neuroscience Specialty Sales Rep will

10     increase sales volume of key products through

11     effective territory management and sales

12     execution."

13          What do you think about that phrase?

14     A    Well, we were there to increase the volume of

15 Depakote prescriptions, but whether we did or not by

16 our own direct efforts is not something that I

17 personally know.

18     Q    What about:

19          "Analyze market dynamics and utilize

20     available information to ensure that every

21     opportunity to meet/exceed sales goals is

22     maximized"?

23     A    That would be evaluating the sales data and

24 planning a strategy to again try and generate

25 prescriptions.

Ranjeeta Udhoji-Sample

BARKLEY
Court Reporters