# EXHIBIT Y

1

1     IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF ILLINOIS

3       EASTERN DIVISION

4  JAMES JIRAK and ROBERT    )

5  PEDERSEN,         )

6      Plaintiffs,    )

7      vs.       )  No. 07 C 3626

8  ABBOTT LABORATORIES, INC.,  )

9      Defendants.    )

10

11     The deposition of REBECCA OUDAL, called

12  for examination, taken pursuant to the Federal Rules

13  of Civil Procedure of the United States District

14  Courts pertaining to the taking of depositions, taken

15  before Lynn A. McCauley, CSR No. 84-003268, RPR, a

16  Certified Shorthand Reporter of the State of

17  Illinois, at 77 West Wacker Drive, Suite 3500,

18  Chicago, Illinois, on August 27, 2009 at 1:31 p.m.

19

20

21

22

23

24

2

```
 1    PRESENT:

 2         JOSEPH & HERZFELD, LLP, by
           MR. MICHAEL DI CHIARA
 3         757 Third Avenue, 25th Floor
           New York, New York 10017
 4         212-688-5640
           md@jhllp.com
 5              Appeared on behalf of Plaintiffs;

 6
                         and
 7
           JONES DAY, by
 8         MR. BRENT D. KNIGHT
           77 West Wacker Drive, 35th Floor
 9         Chicago, Illinois 60601
           312-782-3939
10         bknight@jonesday.com
                Appeared on behalf of Defendant.
11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1    Humira also treats psoriatic arthritis and psoriasis.

2        Q.    So those reps are paid -- their bonus is

3    paid on the commission which is based on the number

4    of prescriptions written?

5        A.    Correct.  Number of prescriptions written

6    over a baseline.

7        Q.    Okay.  Now, is that the number -- is it

8    based on the number of prescriptions written or the

9    number of prescriptions filled?

10       A.    Number of prescriptions filled.  It's

11   what we can measure, so it's only what goes through a

12   pharmacy.

13       Q.    So if a prescription is written but not

14   filled, the rep doesn't get a commission on that?

15       A.    No.  Nobody would even know that

16   happened.

17       Q.    Okay.  Now, what other types of -- you

18   said there was commission, and there was a couple

19   other things that you --

20       A.    There's a -- there's a method called

21   stack rank.

22       Q.    What's that?

23       A.    Stack rank is simply where you would rank

24   one representative against other, so if you've got 10

```
 1    correct?

 2           A.   No, but that's just part of the -- that's

 3    expected.  I mean that's just -- that's the way sales

 4    are.

 5                      I mean it's kind of -- even when I

 6    was a sales rep, there's going to be 30 percent of

 7    the business that's going to happen no matter what

 8    that has nothing to do with me, and you're going to

 9    get credit for it.

10           Q.   Okay.

11           A.   And there's going to be 30 percent of the

12    business that no matter what I do they probably won't

13    buy my product.

14           Q.   Okay.

15           A.   Then there's that 40 percent -- and those

16    numbers are soft.  I don't have any data to show

17    those numbers.

18           Q.   Sure.

19           A.   But there are physicians who are

20    influenceable.

21                      That direct-to-consumer advertising

22    is going to happen whether or not the rep is there.

23           Q.   Right.

24           A.   The rep's job is to increase the sales or
```

1      Q.   So if I understand correctly then,

2   there's no way for Abbott to track each prescription

3   to a specific rep?

4      A.   No, and it's not necessary.   I mean you

5   can track it to a zip code.

6      Q.   Sure.

7      A.   And the rep will get credit for it.

8   Whether the rep generated it or not is a different

9   story.

10      Q.   So if a -- say two reps calling on the

11   same doctors, one is not as hard working say as --

12   gets up at 10:00, you know, starts his day at 11:00,

13   goes home at 4:00, and the other one is out in the

14   field between 9:00 to 5:00, they're still both going

15   to get credit for the prescriptions of their product

16   within that territory?

17      A.   Correct.

18           Now, they may have a different

19   weight so let me -- here's an example of where the

20   incentive plans are customized.

21           If you've got two reps in the same

22   territory, they're usually two different sales

23   forces, so let's just say you've got sales force one

24   and sales force two, and they both sell TriCor, and

62

```
1    they may also sell Niaspan.

2                    Well, for sales force one TriCor

3    might be 75 percent of their total bonus and Niaspan

4    might be 25 percent.  Where sales force two it might

5    be the other way around, TriCor is only 25 percent

6    and Niaspan is 75 percent, so it might be that -- you

7    know so one rep may get more credit -- if that doctor

8    wrote TriCor, then sales force one is getting more

9    credit for it in a sense because they're incentive

10   weight on TriCor is higher than sales force two, but

11   they both get credit for one script, yes.

12        Q.   Okay.  Now, if a product is equally

13   weighted for both reps calling on the same physician,

14   and one works harder than the other, they're still

15   going to both get credit for that, all those scripts

16   in that territory?

17        A.   Yep.

18        Q.   Now, what if you have one rep that, you

19   know, is working harder, you know, using the detailed

20   pieces, you know, delivering the messages and, you

21   know, really trying to find a way to connect with the

22   doctor; and the other rep, you know, doesn't even

23   talk about any of the attributes of the product but

24   happens to have gone to the same college as the
```

63

1  doctor, and that doctors loves his alma mater, so

2  he's going to help anyone who went there, and so the

3  doctor writes prescriptions because -- we'll call it

4  the lazy rep -- just happened to go to the same

5  school, and he hates -- for whatever reason -- the

6  really diligent hard-working rep.

7          That hard-working rep would get

8  credit as well for those prescriptions even though

9  the doctor is writing the script absolutely for no

10 reason related to that hard-working rep; is that

11 correct?

12     A.   That's correct.

13     Q.   Okay.

14     A.   Yep.

15          But it's whatever is the way to make

16 the horse thirsty, so you know, the phrase you can

17 lead a horse to water, but you can't make them drink,

18 so a lot of people think that a sales rep job is to

19 lead the horse to water, and everyone knows you can't

20 make the horse drink, short of oration, right, but

21 that's really not what the job of the rep is.

22          The job of the rep is to make the

23 horse thirsty, and so then the horse drinking is the

24 natural outcome of the rep having done their job

1      Q.    Do you know which products have generic

2   versions?

3      A.    So Synthroid, for example, has a generic.

4   All of the them pretty much.  There's several generic

5   compounds for Synthroid.

6      Q.    What is Synthroid?

7      A.    Synthroid treats hypothyroidism.  It's an

8   underactive metabolism, underactive thyroid.

9              TriCor, not really.  I mean there

10  are some other drugs similar to TriCor that are

11  generic.

12             Depakote has some generic

13  competition.  The fact is Depakote had a generic

14  competition years ago, and then even the more recent

15  formulations now have generic competition.

16     Q.    So if a patient takes a script for

17  Synthroid and goes to the pharmacy and it's filled

18  with a generic, does a rep in that territory get

19  credit for that script?

20     A.    No.

21     Q.    And same with Depakote, if a doctor

22  writes a prescription for Depakote and a patient goes

23  to get it filled and it's filled with a generic

24  substitute for Depakote, does a rep get credit for

90

1    of measuring -- if a doctor calls it into the

2    pharmacy, the physician never comes and fills it,

3    then maybe you could measure that.  I'm not aware of

4    anybody ever trying to measure that.

5        Q.   So a rep could be in a territory and for

6    whatever reason patients aren't getting their scripts

7    filled and being deprived of their bonus because

8    they're doing their job, they're convincing the

9    doctor, but the script is not being filled by the

10    patient.

11        A.   That's possible, yes.

12            That's where sometimes, too, a good

13    rep, though -- again, it's a question of why the

14    patient isn't filling the prescription.

15            A rep can have some impact on that

16    exchange as well by informing the doctor of either

17    patient's assistance programs in which case, you

18    know, a patient might be able to get help and might

19    be able to get that medication without paying full

20    price.

21            So that's one of the other jobs of

22    the rep is to make sure doctors are aware of that, so

23    that when doctors have the exchange with the patient,

24    they can share that stuff with them.

1   tell you one or the other is important.  They would

2   always say it's both important.

3          Q.   Now, if for whatever reason Abbott had to

4   chose either frequency or, you know, the length of

5   time with one visit, what would it choose?

6          MR. KNIGHT:  Object to the form of the

7   question.  Asked and answered.

8          THE WITNESS:  I'm sorry?

9          MR. KNIGHT:  I just stated an objection for

10  the record.

11               You can answer.

12         THE WITNESS:  Oh, okay.

13  BY THE WITNESS:

14         A.   My guess is they probably have to lean

15  towards frequency because, again, you need to keep it

16  top of mind, they need to see -- they need to be

17  reminded of it, and a physician can read about any

18  product in the PDR if they want, you know, in gory

19  detail.

20  BY MR. DI CHIARA:

21         Q.   I had -- I spoke to an Abbott rep who

22  mentioned that there was an Abbott executive who

23  indicated that -- just to paraphrase -- that a

24  trained monkey could do what a rep does.  I take it

1   what's consistent with the label of the product.

2        Q.   Sure.   Now, you mentioned the IMS data,

3   and it doesn't capture 100 percent of the

4   prescription; is that correct?

5        A.   No.   It has about -- it captures about 75

6   percent, and then they project for the rest.

7        Q.   So as far as incentive compensation, if a

8   rep has -- is in a territory that has pharmacies that

9   do not provide their prescription information to IMS,

10  how is their bonus calculated?

11       A.   Well IMS is the one that projects those

12  scripts, so IMS projects for pharmacies that are not

13  included in their data set.

14            So we don't do anything differently.

15  We design our incentives because what we're doing is

16  math and statistics, but whatever data IMS puts into

17  their data set is what's there; and, yes, they

18  project for pharmacies that aren't reporting.

19       Q.   Has Abbott done any studies to determine

20  if their projections are accurate to those

21  pharmacies --

22       A.   Abbott wouldn't have any way of knowing,

23  but IMS has done a tremendous amount of studies for

24  it, and I believe their accuracy rate is very high.