# EXHIBIT DD

# Biaxin XL Resistance Objection Algorithm

## *Initial Attempt at Addressing Resistance Concern*

Sales Aid/ Experience Flashcard:Over a Decade of Efficacy Spread

Ketolide Study Data

## *If the Physician Still Objects*

Sales Aid: Resistance Flashcard

In vitro/In vivo Paradox Discussion

## *If the Physician Still Objects*

Riffer Reprint

For Representative Education Only

061-900-Q770-1



Abbott
A Promise for Life

CONFIDENTIAL

ABTTHOR0006819