# EXHIBIT EE

# Expect More in Dermatology

## January Sales Meetings

HUMIRA®
adalimumab
Make the difference

Abbott
A Promise for Life

06L-64C-R659-12

FOR REPRESENTATIVE EDUCATION ONLY

Accuracy of data and it's presentation is the sole responsibility of marketing

# MD's & PA's
# Must Do's for Every Call

1. **Define Expect More**
   - Always use in context of greater than a 50% improvement is possible in the treatment of PsA

2. **Depending on your objective for the call, use one of the following:**
   - DLQI & PASI sub-analysis
   - Swimmer: PASI 90
   - Basketball: ACR 70

3. **Build comfort:**
   - Clinical experience into the 9th year in RA trials
   - Largest safety database of TNF-2 antagonists in 2002
   - Fastest growing, Rx'd by 1,000 derms

4. **Close with:**
   - "Isn't there 1 patient who you could expect more than a greater than 50% improvement in their symptoms that you could treat with HUMIRA?"

**HUMIRA®**
adalimumab
Make the difference

**FOR REPRESENTATIVE EDUCATION ONLY**   06L-64C-R659-12

**Abbott**
A Promise for Life

Accuracy of data and it's presentation is the sole responsibility of marketing

# Office Staff & Nurses Must Do's for Every Call

1. **Define Expect More**
   - Always use in context of greater than a 50% improvement is possible in the treatment of PsA

2. **Depending on your objective for the call, detail one of the following:**
   - myHUMIRA services & enrollment forms
   - HUMIRA FAQ Brochure
   - Diagnosis of PsA tearpad

3. **Build comfort**

4. **Close with:**
   - 1-800 myHUMIRA number
   - Patient type

**HUMIRA** adalimumab
Make the difference

FOR REPRESENTATIVE EDUCATION ONLY    06L-64C-R659-12



Abbott
A Promise for Life

Accuracy of data and it's presentation is the sole responsibility of marketing