# EXHIBIT GG

# OMNICEF® CAPSULES COACHING GUIDE  Abbott
A Promise for Life

## Selling Strategy

- Reinforce the new campaign for OMNICEF® Capsules (POWERPLAY) by discussing efficacy and tolerability on every call
- Lead every call with acute maxillary sinusitis (AMS)
- As appropriate, leverage the physician's success with OMNICEF for AMS to grow pharyngitis/tonsillitis business (coprimary call)

### New Campaign

Doctors' chief consideration when treating AMS is choosing a medicine that will kill the bacteria that cause AMS, while patients want a medicine that is well-tolerated. OMNICEF is the antibiotic that has the POWER to eradicate pathogens and has a tolerability profile that can PLAY well with patients.

## AMS Core Messages

**POWER messages—OMNICEF has the POWER to eradicate pathogens:**

*The following efficacy messages should be delivered during every call:*

- Established clinical efficacy comparable to levofloxacin and amoxicillin/clavulanate (Sales Aid pages 2 and 4)
- Effective eradication of common pathogens in AMS (Sales Aid page 8)
- Recommended as a first-line treatment option in treatment guidelines (Sales Aid page 3)

**PLAY messages—OMNICEF has a tolerability profile that can PLAY well with patients:**

*The following PLAY messages should be delivered during every call:*

- More than 29 million OMNICEF prescriptions written since US launch in 1997 (Sales Aid page 5)
- Generally well tolerated
- Low discontinuation rates due to adverse events in clinical trials (Sales Aid page 5)
- Convenient dosing (Sales Aid page 7)
- 87% of managed care patients have full access to OMNICEF (Sales Aid page 9)

**Closing the call with POWER and PLAY messages:**

- On every call, use the back cover of the PowerPlay Sales Aid to drive home the key messages that support OMNICEF as the antibiotic for both efficacy and tolerability

## Pharyngitis/Tonsillitis Core Messages

**POWER messages—OMNICEF has the POWER to eradicate pathogens:**

*The following efficacy messages should be delivered during every call:*

- Superior bacterial eradication vs penicillin (Sales Aid page 14)
- Clinical efficacy demonstrated in pharyngitis (Sales Aid page 12)
- Appropriate pathogen coverage

**PLAY messages—OMNICEF has a tolerability profile that can PLAY well with patients:**

*The following PLAY messages should be delivered during every call:*

- OMNICEF had a low discontinuation rate in clinical trials (Sales Aid page 15)
- OMNICEF is a trusted choice, with more than 29 million prescriptions since 1997 (Sales Aid page 15)
- OMNICEF is eliminated principally by the kidneys, not appreciably metabolized in the liver (Sales Aid page 15)
- Pregnancy category B (Sales Aid page 15)


OMNICEF (cefdinir) capsules

FOR REPRESENTATIVE EDUCATION ONLY
06F-900-P992-1