# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JAMES JIRAK and ROBERT PEDERSEN,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC.,<br><br>Defendant. | No. 07 C 3626<br><br>Judge Ruben Castillo<br><br>Magistrate Judge Michael T. Mason |

### [PROPOSED] FINAL JUDGMENT

This Court, by its June 10, 2010 Memorandum Opinion and Order, having granted Plaintiffs' motion for summary judgment on the Fair Labor Standards Act's administrative exemption and outside sales exemption; and having issued an Order of August 23, 2010 limiting the statute of limitations for all Plaintiffs' and opt-in Plaintiffs' claims to two years; such decisions being limited to the Plaintiffs and opt-in Plaintiffs in this case and on the specific facts before the Court; the parties having stipulated to the amount of damages; and with all parties having reserved their rights to appeal,

**JUDGMENT IS HEREBY ENTERED** in favor of the 57 Plaintiffs and opt-in Plaintiffs identified in the attached Exhibit 1 and against Abbott Laboratories, Inc., in the amount of $3,500,000.00, and the payment of the damages amount, as well as any determination as to the allocation of that amount amongst the 57 Plaintiffs and any determination as to the amount of



attorney's fees and costs shall be deferred until after all appellate rights have been exhausted by both parties assuming the final judgment remains standing.

Date: 4/26/11

Honorable Judge Ruben Castillo

## **EXHIBIT 1**

1. Arri, Steven
2. Atwater, Laventa
3. Barker, Bryan
4. Benton, Tamara
5. Black, Wade
6. Bodie, Teresa
7. Boyer, Michael
8. Branner, Malcolm
9. Brown, Bruce
10. Brown, Marcus
11. Brown-Thornton, Mikal
12. Crooch, Jennifer
13. Davis, Kent
14. Dietzler, Tamara
15. Echeverri, Victor
16. Fadely, John
17. Falinski, Judy
18. Farrell, Kevin
19. Fisher Jeffrey
20. Flanary, Kevin
21. Fohrman, Troy
22. Fuller, Cheryl
23. Garman, Jennifer
24. Hafling, Debra
25. Hill, Kenneth
26. Iannini, Ellen
27. Jackson, Selma Renee
28. Jirak, James
29. Klesk, Amy
30. Latta, Margaret
31. Lorensen, Kevin
32. Martin, James
33. McKinney, Shannon
34. Milligan, Roger
35. Moore-Mameshin, Dionne
36. Munson, Amber
37. Murray, Keely
38. Ohlmann, Kris
39. Outlaw, Margaret
40. Pasek, Kathleen
41. Pedersen, Robert
42. Perrin, Ann
43. Peterson, Athena
44. Puro, William
45. Qureshi, Asimah

46. Resley, George
47. Rice, Gary
48. Rogers, Jerry
49. Scheurer, Kristin
50. Scott-Dwyer, Gayla
51. Torres, Antonio
52. Trefz, Joseph
53. Usselmann, Gary
54. Valitutto, Theresa
55. Veneri, David
56. Wetherholt, David
57. Whitehouse, Francis