# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY

## FINAL JUDGMENT

May 8, 2012

Before:
FRANK H. EASTERBROOK, Chief Judge
KENNETH F. RIPPLE, Circuit Judge
MICHAEL S. KANNE, Circuit Judge

| No.: 10-3855 | SUSAN SCHAEFER-LAROSE, Plaintiff - Appellant<br><br>v.<br><br>ELI LILLY & COMPANY, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:07-cv-01133-SEB-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Sarah Evans Barker ||
| Nos.: 11-1980 & 11-2131 | JAMES JIRAK, et al., Plaintiffs - Appellees/Cross - Appellants,<br><br>v.<br><br>ABBOTT LABORATORIES, INCORPORATED, Defendant - Appellant/Cross - Appellee. |
| **Originating Case Information:** ||
| District Court No: 1:07-cv-03626<br>Northern District of Illinois, Eastern Division<br>District Judge Ruben Castillo ||

     The judgment of the District Court in 10-3855 is **AFFIRMED**, with costs and Nos. 11-1980 and 11-2131 are **REVERSED** with costs, and the cases are **REMANDED** with instructions, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)